1  SCOTT N. SCHOOLS (SCSBN 9990)
   United States Attorney
2
3  MARK KROTOSKI, (CASBN 138549)
   Chief, Criminal Division
4
   BRYAN R. WHITTAKER (TXSBN 24047097)
5  Special Assistant United States Attorney

6  1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3740
7  Facsimile: (510) 637-3724
   E-mail: bryan.whittaker@usdoj.gov
8
   Attorneys for Plaintiff
9

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                        OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 07-70247 WDB |
| Plaintiff, | STIPULATION TO WAIVE TIME UNDER SPEEDY TRIAL CLOCK AND FOR PRELIMINARY HEARING |
| v. | |
| JOSE LUIS GUZMAN-MORENO, | Date: May 15, 2007<br>Time: 10:00 a.m. |
| Defendant. | Before the Honorable Wayne D. Brazil |

This matter is set to come before the Court for Preliminary Hearing or Arraignment on May 15, 2007 at 10:00 a.m. The United States has provided discovery to Mr. Guzman-Moreno's counsel. Additionally, the parties are continuing their discussions to determine whether there is the possibility of a pre-indictment resolution of the matter. So the defense can review discovery and so parties can continue their discussions to determine whether there is the possibility of a pre-indictment resolution of the matter IT IS STIPULATED AND AGREED that this matter be continued to June 6, 2007.

On advice of counsel, and pursuant to Fed. R. Crim. P. 5.1(d), Mr. Guzman-Moreno knowingly and voluntarily waives his right to a preliminary hearing on May 15, 2007, and agrees

STIPULATION FOR EXTENSION OF PRELIMINARY HEARING AND
SPEEDY TRIAL CLOCK EXCLUSION
Case No. 07-70247 WDB                          1

1  to extend the time for a preliminary hearing until June 6, 2007, at 10:00 a.m. The parties also
2  agree that there is good cause present to grant the extension in light of the discovery provided for
3  the defendant's counsel to effectively prepare and to assist in a possible pre-indictment
4  resolution.
5        The parties also jointly request that the time between May 15, 2007 and June 6, 2007 be
6  excluded under the Speedy Trial Clock to allow Mr. Guzman-Moreno's counsel to review the
7  discovery to be provided and effectively prepare taking into account the exercise of due
8  diligence. See 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(iv). The parties agree that the
9  "ends of justice served by the granting of such continuance outweigh the best interests of the
10 public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(8)(A).

                                                          Respectfully submitted,

                                                          SCOTT N. SCHOOLS
                                                          United States Attorney

DATED: May 10, 2007

                                                           BRYAN R. WHITTAKER
                                                          Special Assistant United States Attorney
                                                           Attorney for the United States

DATED: May 10, 2007

                                                           JEROME MATTHEWS
                                                          Assistant Federal Public Defender
                                                           Attorney for Jose Luis Guzman-Moreno