AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

──────── DISTRICT OF ────────

**FILED**
JUN 21 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES OF AMERICA

V.

**WAIVER OF INDICTMENT**

JOSE LUIS GUZMAN-MORENO

CASE NUMBER: CR 07 00376 DLJ

I, _JOSE LUIS GUZMAN-MORENO_, the above named defendant, who is accused of

TITLE 8: USC: 1326 - ILLEGAL REENTRY BY AN ALIEN AFTER DEPORTATION

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _6/21/07_ (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Jose Luis Guzman_
Defendant

_[signature]_
Counsel for Defendant

Before _Wayne D. Brazil_ 6-21-07
Judicial Officer