UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
<u>Criminal Pretrial Minute Order</u>
JUDGE D. LOWELL JENSEN
Date:  JULY  20, 2007

**Clerk:** Frances Stone
**Court Reporter:** RAYNEE MERCADO

**Plaintiff:**  United States

v.                                                            **No.**  CR-07-00376-DLJ

**Defendant:** JOSE LUIS GUZMAN-MORENO [present; in custody]

**Appearances for AUSA:**  Bryan Whittaker

**Appearances for Defendant:** Jerome Matthews

**Interpreter:** <u>Ines Swaney</u>

**Probation Officer:**

| **Reason for Hearing:** | **Ruling:** |
|---|---|
| Setting/Stat | -HELD |

**Notes:**

**Case Continued to:**  8/10/07 AT 9:00AM      for     Status or Change of Plea

**Case Continued to:**         for
**Case Continued to:**         for
**Motions to be filed by:**      **Opposition Due:**

**Case Continued to**                    for Pretrial Conference

**Case Continued to**         for           Trial

**Excludable Delay: Category: Begins:**  7/20/07      **Ends:**  8/10/07

Case 4:07-cr-00376-DLJ     Document 11     Filed 07/20/2007     Page 2 of 2