UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Criminal Pretrial Minute Order
JUDGE D. LOWELL JENSEN
Date: August 10, 2007

**Clerk:** Frances Stone
**Court Reporter:** DIANE SKILLMAN

**Plaintiff:** United States

**v.**  No. CR-07-00376-DLJ

**Defendant:** JOSE LUIS GUZMAN- MORENO[present; in custody; spanish interpreter]

**Appearances for AUSA:** Bryan Whittaker

**Appearances for Defendant:** Jerome Matthews

**Interpreter:** Carole Glasser

**Probation Officer:**

**Reason for Hearing:**          **Ruling:**

STATUS                           -HELD

**Notes:**

**Case Continued to:** 8/17/07 AT 9:00AM     for STAT or CHANGE OF PLEA

**Case Continued to:**     for

**Case Continued to:**     for
**Motions to be filed by:**   **Opposition Due:**

**Case Continued to**              for Pretrial Conference

**Case Continued to**      for        Trial

**Excludable Delay: Category: Begins:**    **Ends:**