UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
<u>Criminal Pretrial Minute Order</u>
JUDGE D. LOWELL JENSEN
Date:  August 17, 2007

**Clerk:** Frances Stone
**Court Reporter:** RAYNEE MERCADO

**Plaintiff:**  United States

v.                                                                                        **No.**  CR-07-00376-DLJ

**Defendant:**     JOSE LUIS GUZMAN-MORENO[present; in custody; spanish interpreter]

**Appearances for AUSA:** Bryan Whittaker

**Appearances for Defendant:** Jerome Matthews

**Interpreter:**<u>Monique Inciarte</u>

**Probation Officer:**

**Reason for Hearing:**              **Ruling:**

STAT                                              -HELD

**Notes:**

**Case Continued to:**    9/14/07 AT 9:00AM     for    Stat or CHANGE OF PLEA

**Case Continued to:**          for
**Case Continued to:**          for
**Motions to be filed by:**       Opposition Due:

**Case Continued to**                     for Pretrial Conference

**Case Continued to**           for              Trial

**Excludable Delay: Category:  Begins: 8/17/07      Ends:  9/14/07**