9am

955        Y/C

E-FILING CASE

1 NJ.

**FILED**

SEP 1 4 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTE ORDER

Date: __9/14/07__

Case No: CR __-07-00376- DLJ__     Judge: D. Lowell Jensen

Reporter: __RAYNEE MERCADO__     Clerk: Frances Stone

Defendant(s):                                         Defense Counsel:

JOSE LUIS GUZMAN-MORENO   Present? __Y__  In Custody? __Y__   JEROME MATTHEWS

_____  Present? ___  In Custody? ___  _____

_____  Present? ___  In Custody? ___  _____

_____  Present? ___  In Custody? ___  _____

_____  Present? ___  In Custody? ___  _____

_____  Present? ___  In Custody? ___  _____

_____  Present? ___  In Custody? ___  _____

US Attorney:          Interpreter: SPANISH      US Probation Officer:

BRYAN WHITTAKER    HAYDEE CLAUS ✓     _____

Reason for Hearing:                          Ruling:

STAT OR/CHANGE OF PLEA              — HELD

GUILTY PLEA TO COUNT ONE OF THE INFORMATION
PLEA IS WITH CONSENT OF COUNSEL. PLEA IS
ACCEPTED AND ENTERED.

Notes: _____

Case continued to: __12/7/07 AT 10AM__ for __SENTENCING__

Case continued to: _____ for _____

Case continued to: _____ for _____
   Motions to be filed by _____ Opposition due _____

Case continued to: _____ for Pretrial Conference

Case continued to: _____ for _____ Trial

Excludable Delay:  Category: _____ Begins _____ Ends _____

CC: PROBATION