E-Filing Case

**FILED**

SEP 1 4 2007



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Case Number | CR-07-00376-01-DLJ |
| Defendant's Name | JOSE LUIS GUZMAN-MORENO |
| Defendant's Counsel | Jerome Matthews |
| Due Date | 12/7/07 at 10am |
| 1 Courtroom | Floor 4th |

~~~~~~~~~~~~~~~NOTICE TO DEFENSE COUNSEL~~~~~~~~~~~~~~~

**The Court has directed that a:**

- __XX__ Presentence Investigation
- _____ Bail Investigation
- _____ Bail Supervision
- _____ Postsentence Investigation
- _____ 4244

be conducted on the above-named defendant. So that the investigation/supervision can be completed promptly, please go to the **Probation Office,**
before leaving the Courthouse today to make the necessary arrangements.

cc to Counsel ✓
cc to Probation ✓

RICHARD W. WIEKING, CLERK

by: _Frances Stone_
Frances Stone , Deputy Clerk

Dated: 9/14/07

**US PROBATION OFFICE**~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
Is defendant in custody?   Yes or No
Is defendant English speaking? Yes or No [Interpreter:_____]
Defendant's address: _____
_____
_____