SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

W. DOUGLAS SPRAGUE (CSBN 202121)
Acting Chief, Criminal Division

JAMES C. MANN (CABN 221603)
Special Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3680
   FAX: (510) 637-3740

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No CR 07-00376 DLJ |
| Plaintiff, | SUBSTITUTION OF ATTORNEYS |
| v. | |
| JOSE LUIS GUZMAN-MORENO, | |
| Defendant. | |

Please take notice that as of, November 28, 2007, the Assistant U.S. Attorney whose name, address and telephone number are listed below will be counsel for the government.

   Assistant U.S. Attorney JAMES MANN
   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3705

DATED: November 28, 2007    Respectfully submitted,

    SCOTT N. SCHOOLS
    United States Attorney

    ___/S/_____
    JAMES MANN
    Assistant United States Attorney

[CR 07-00376 DLJ]