BARRY J. PORTMAN
Federal Public Defender
JEROME E. MATTHEWS
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant JOSE GUZMAN MORENO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JOSE LUIS GUZMAN MORENO, ) <br> ) <br> Defendant. ) <br> _____ ) | No. CR-07 00376 DLJ <br><br> JOSE GUZMAN MORENO'S <br> SENTENCING MEMORANDUM <br><br> Sentencing Date: December 7, 2007 |

**1. Preliminary Statement**

Jose Luis Guzman Moreno pleaded guilty to illegally re-entering the United States in violation of 8 U.S.C. § 1326. Mr. Guzman Moreno joins the United States in recommending that the Court sentence him to thirty months imprisonment as provided in the plea agreement, and submits this brief memorandum to put his offense conduct in context.

**2. Sentencing Recommendation**

The probation officer's comments thoughtfully capture notable aspects of Mr. Guzman Moreno's life: his desire to succeed despite his lack of education; his demonstrable financial responsibility; and, his dedication to his mother. These factors fully support the negotiated and recommended sentence.

1

1    The Court also should be aware that Mr. Guzman Moreno agreed not to litigate the
2 validity of his deportation. This was not a hollow gesture. Mr. Guzman Moreno qualified for
3 waiver of removal under 8 U.S.C. § 1182(h)(1)(B) because denial of admission would have
4 resulted in extreme hardship to his mother, a lawful permanent resident. The judge in his
5 deportation proceedings failed to inform Mr. Guzman Moreno of his right to apply for such a
6 waiver, however, and that failure renders the removal order infirm. *United States v. Arrieta*, 224
7 F.3d 1076 (9th Cir. 2000).

8    Despite the questionable legality of his prior deportation, Mr. Guzman accepted
9 responsibility for his conduct, is prepared to face the consequences, and asks that the Court
10 sentence him consistent with the terms of the plea agreement.

11 **3. Conclusion**

12    For the reasons stated, Jose Guzman Moreno respectfully requests that the Court impose
13 the agreed sentence of thirty months.

15 Dated: November 30, 2007

Respectfully submitted,

BARRY J. PORTMAN
Federal Public Defender

/S/

JEROME E. MATTHEWS
Assistant Federal Public Defender