10AM
YC

E-FILING CASE

INT.

10:22Am - 10:30Am

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CRIMINAL PRETRIAL MINUTE ORDER

**FILED**
DEC 0 7 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Date: 12/7/07

Case No: CR -07-00376-DLJ                         Judge: D. Lowell Jensen

Reporter: RAYNEE MERLAND                          Clerk: Frances Stone

Defendant(s):                                     Defense Counsel:

JOSE LUIS GUZMAN-MORENO  Present? Y  In Custody? Y   JEROME MATTHEWS

_____  Present? __  In Custody? __  _____
_____  Present? __  In Custody? __  _____
_____  Present? __  In Custody? __  _____
_____  Present? __  In Custody? __  _____
_____  Present? __  In Custody? __  _____
_____  Present? __  In Custody? __  _____

US Attorney:           Interpreter:               US Probation Officer:

JAMES MANN             INES SWANEY                CHRIS CARRUBBA

Reason for Hearing:                               Ruling:

SENTENCING                                        - HELD

CT.1 - DEF IS COMMITTED TO CUSTODY OF BUREAU OF PRISONS FOR A
TERM OF 30 MONTHS. DEF PLACED ON SUPERVISED RELEASE
3 YEARS. A $100 ASSESSMENT IS DUE IMMEDIATELY.

Notes: _____

Case continued to: _____ for _____
Case continued to: _____ for _____
Case continued to: _____ for _____
    Motions to be filed by _____ ; Opposition due _____
Case continued to: _____ for Pretrial Conference
Case continued to: _____ for _____ Trial

Excludable Delay: Category: __ Begins: _____ Ends: _____